MINTZ AND GILLER
A Law Corporation
By: James Giller, Esq. (SB#028084)
405 - 14th Street, Suite 1008
Oakland, California 94612
Telephone: (510) 451-6686
Fax:        (510) 451-4820

Attorneys for Defendant,
**John Newberry**

FILED

AUG 3 – 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

UNITED STATES OF AMERICA,

          Plaintiff,

vs.

JOHN NEWBERRY,

          Defendant.
_____/

Case No.  CR06-0051CW

**ORDER FOR TRAVEL**

Pursuant to the motion of defendant John Newberry by and through his counsel, James Giller and good cause appearing.

It is hereby ordered that defendant's previous travel orders are hereby modified, and his travel is now restricted to the State of California until further order of the court.

Date: August 3, 2006

_____
Honorable Wayne D. Brazil
UNITED STATES MAGISTRATE JUDGE

cc: WDB's Stats, Copy to parties via ECF,
Pretrial, Sheila, Financial

1