UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> vs. ) <br> ) <br> JOHN NEWBERRY ) | Docket Number: CR 06-00051-02 CW |

**ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE**

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the Judgment and Sentencing hearing originally set for the 20th day of November, 2006, be continued until 22nd day of January, 2007, at 2:30 p.m. ✓

Date: NOV 20 2006

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

CM/cm