1  **MINTZ AND GILLER**
   A Law Corporation
2  By:  James Giller, Esq. (SBN: 028084)
   405 - 14th Street, Suite 1008
3  Oakland, California 94612
   Telephone:  (510) 451-6686
4  Facsimile:  (510) 451-4820

5  Attorney for Defendant,
   John Newberry
6                          **UNITED STATES DISTRICT COURT**

7                          **NORTHERN DISTRICT OF CALIFORNIA**

8                          **OAKLAND  DIVISION**

9  THE UNITED STATES OF AMERICA,            CASE NO. **CR06-0051CW**

10                     Plaintiff,
                                            **STIPULATION TO CONTINUE**
11                                          **SENTENCING HEARING AND ORDER**
       -vs-
12
   John Newberry
13
                       Defendants
14  _____/

15
        IT IS HEREBY STIPULATED by and between Maureen C. Bessette, Assistant United States
16
   Attorney for  The  United  States  of  America,  and  James  Giller,  on  behalf  of  Defendant,  John
17
   Newberry, that the sentencing hearing of Defendant herein be continued to **February 5, 2007, at**
18  2:30
   ~~2:00~~ **p.m.,** before the Honorable Claudia Wilken.
19
        IT IS FURTHER STIPULATED that this continuance is with the consent of the United States
20
   Probation Officer, Charlie Mabie.
21
                                                  S/
22  DATED: November 17, 2006       _____
                                   Maureen C. Bessette,
23                                 Assistant United States Attorney

24
                                                  S/
25  DATED: November 17, 2006       _____
                                   James Giller,
26                                 Attorney for Defendant
                                   John Newberry
27

28
                                        1

1

2                                                   S/

DATED: November 17, 2006

3                                       Charlie Mabie, U.S. Probation Officer

4

5                                    **<u>ORDER</u>**

6        IT IS SO ORDERED that the sentencing hearing in this matter is  continued to **February 5,**
         2:30

7  **2007, at ~~2:00~~ p.m.,** before the Honorable Claudia Wilken.

8

9             12/4/06                         /s/ CLAUDIA WILKEN
    DATED: _____

10                                    Honorable Claudia Wilken
                                     United States District Court Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28