**MINTZ AND GILLER**
A Law Corporation
By: James Giller, Esq. (SBN: 028084)
405 - 14th Street, Suite 1008
Oakland, California 94612
Telephone: (510) 451-6686
Facsimile: (510) 451-4820

Attorney for Defendant,
John Newberry

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | CASE NO. **CR06-0051CW** |
| Plaintiff, | |
| | **STIPULATION TO CONTINUE SENTENCING HEARING AND ORDER** |
| -vs- | |
| John Newberry | |
| Defendants | |
| _____/ | |

IT IS HEREBY STIPULATED by and between Maureen C. Bessette, Assistant United States Attorney for The United States of America, and James Giller, on behalf of Defendant, John Newberry, that the sentencing hearing of Defendant herein be changed from **February 5, 2007, at 2:00 p.m., to February 2, 2007 at 1:30PM** before the Honorable Claudia Wilken. The reason for said stipulation is that the counsel for Defendant John Newberry is presently in jury trial on a death penalty case in the Alameda County Superior Court in the case of People v. Alex Demolle, Docket No.140729 before the Honorable Larry Goodman and said court is in session on February 5, 2007.

IT IS FURTHER STIPULATED that this continuance is with the consent of the United States Probation Officer, Charlie Mabie.

DATED: January 19, 2007

S/
_____
Maureen C. Bessette,
Assistant United States Attorney

DATED: January 19, 2007

S/
_____
James Giller,
Attorney for Defendant
John Newberry

DATED: January 19, 2007

S/
_____
Charlie Mabie, U.S. Probation Officer

## ORDER

IT IS SO ORDERED that the sentencing hearing in this matter be changed from **February 5, 2007, at 2:00 p.m to February 2, 2007 at 1:30p.m** before the Honorable Claudia Wilken.

DATED: 1/23/07

_____
Honorable Claudia Wilken
United States District Court Judge

2